UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOTHEBY'S, INC.,

          *Plaintiff*,

-against-

HALSEY MINOR,

          *Defendant*.

ECF CASE

Civil Action No. _____

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

RECEIVED SEP 02 2008 U.S.D.C. S.D.N.Y. CASHIERS

      Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Sotheby's, Inc. ("Sotheby's"), states that its parent corporation is Sotheby's Holdings Inc., a Michigan corporation. No other public company owns 10% or more of Sotheby's, Inc.

Dated:   New York, New York
          September 2, 2008

                                                  _____
                                                John R. Cahill (JC-4299)
                                                Abbey Green (AG-9293)

                                                LYNN & CAHILL LLP
                                                58 West 40th Street
                                                New York, New York 10018
                                                (212) 719-4400

                                                *Attorneys for Plaintiff,*
                                                *Sotheby's, Inc.*