UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOTHEBY'S, INC.,

          *Plaintiff*,

-against-

HALSEY MINOR,

          *Defendant*.

ECF CASE

Civil Action No. 08-CV-7694 (BSJ)

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following changed attorney information for Abbey Green.

I am a U.S.C., Southern District of New York attorney. My Bar Number is: AG9293.

I am no longer associated with the firm of Kent, Beatty & Gordon, LLP.

I am associated with the firm of Lynn & Cahill LLP.

Lynn & Cahill LLP's Address is 58 West 40th Street, New York, NY 10018.

Lynn & Cahill LLP's Telephone Number is 212-719-4400.

Lynn & Cahill LLP's Fax Number is 212-719-4440.

My Direct Email Address at Lynn & Cahill LLP is agreen@lynncahill.com.

I am counsel of record, with John R. Cahill of Lynn & Cahill LLP on the above-entitled case.

Dated: September 4, 2008

                                                    Abbey Green (AG 9293)