UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOTHEBY'S, INC.,

        *Plaintiff*,

-against-

HALSEY MINOR,

        *Defendant*.

ECF CASE

Civil Action No. 08-CV-7694 (BSJ)

---

ACKNOWLEDGEMENT OF SERVICE OF PROCESS

Joshua S. Sohn affirms under penalty of perjury:

DLA Piper is counsel to the defendant, Halsey Minor, in this action. We are authorized to accept service of the Summons and Complaint on behalf of Halsey Minor, and our receipt of the Summons and Complaint on September 2, 2008, along with the individual rules of United States District Judge Barbara S. Jones and the ECF Rules (for electronic filing) of the United States District Court, Southern District of New York, constitutes valid service of process of these documents on Halsey Minor.

Dated: September 3, 2008

                                            */s/ Joshua Sohn*
                                            Joshua S. Sohn
                                            DLA Piper LLP
                                            1251 Avenue of the Americas
                                            New York, NY  10022
                                            Phone: 212-335-4500
                                            Fax: 212-884-8492
                                            joshua.sohn@dlapiper.com