```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
SOTHEBY'S, INC.                     :
                                    :
                    Plaintiff,      :
                                    :      08 Civ. 7694 (BSJ)(HBP)
          v.                        :      Memorandum & Order
                                    :
HALSEY MINOR,                       :
                                    :
                    Defendant.      :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/09

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The Court has received the Report and Recommendation of Magistrate Judge Pitman dated June 19, 2009. As is stated by Judge Pitman, the relief sought by Plaintiff relates to the conduct of a trial that will be held before this Court. The Court will give great consideration to Judge Pitman's recommended disposition of Plaintiff's request at an appropriate time. The Court declines, however, to presently confirm and adopt Judge Pitman's Report and Recommendation.

SO ORDERED:

_____
BARBARA S. JONES
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         July 22, 2009