```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
SOTHEBY'S, INC.,                        :
                                        :
                    Plaintiff,          :
                                        :   08-Civ-7694(BSJ)
            v.                          :
                                        :   ORDER
                                        :
                                        :
HALSEY MINOR,                           :
                                        :
                    Defendant.          :
---------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/10

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Before the Court is a letter application from Sotheby's, Inc. ("Sotheby's") dated June 18, 2010 requesting rulings on issues that arose during the deposition of Shannon Minor ("Ms. Minor"), the wife of Defendant Halsey Minor, on June 17, 2010.

As discussed in a telephone conference on June 18, 2010, the Court orders the following: (1) Ms. Minor is ordered to respond to a question about the discussions she had with Ron Palmieri, an executive of Minor Ventures LLC; (2) Ms. Minor is ordered to answer questions pertaining to her conversations with her husband regarding financial information about spousal transfers; and (3) Ms. Minor is ordered to produce her bank statements to Sotheby's on or before June 23, 2010.

For the reasons stated by the Court on the record at the June 18, 2010 telephone conference, the Court finds that counsel for Ms. Minor has articulated no privilege or other legal bases to justify his client's refusal to answer the questions posed.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:     New York, New York
           June 21, 2010